Jackie HUGHES, Petitioner–Appellant,

v.

Ronald HUTCHINSON, Respondent–Appellee.

No. 01–7087.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.

Jackie Hughes, pro se. Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, MD, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Jackie Hughes seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Hughes v. Hutchinson,* No. CA–00–3103 (D.Md. June 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

---

terials before the court and argument would not aid the decisional process.

*DISMISSED.*

Dale Lewis Gibson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Gibson's motion to hold this appeal in abeyance pending the district court's action on his motion for a certificate of appealability, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See United States v. Gibson,* Nos. CR–98–249–4; CA–01–77–1 (W.D.N.C. May 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*